REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-291(1) MJD

ORIGINAL

APR 03 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JULIE ANN PHIPPS, Defendant, and SPIRIT VALLEY LAUNDROMAT, Garnishee. | ) | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Julie Ann Phipps, Social Security Number, XXX-XX-4999, with the last known address of XXXXXX, Duluth, MN 55807.

The judgment was entered on January 9, 2003, for monetary impositions. The judgment was entered in the amount of $15,000.00, plus interest and costs.

As of March 26, 2008, after applying payments, if any, the balance on this judgment debt was $11,045.00 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from January 9, 2003, at a rate of 0% per annum.

SCANNED
APR 07 2008
U.S. DISTRICT COURT MPLS

MJD Signed 4/3/08 Writ Issued 4/7/08

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Spirit Valley Laundromat
232 N. Central Avenue
Duluth, MN 55807

Dated: March 27, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600