UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court No. 02-291(1) MJD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIE ANN PHIPPS,<br><br>Defendant,<br><br>SPIRIT VALLEY LAUNDROMAT,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant works part time and is currently earning below the allowed garnishment amounts,

THEREFORE, IT IS ORDERED that the Writ of Garnishment served on April 23, 2008, is hereby released.

Dated: June 2, 2008

s/Michael J. Davis
Michael J. Davis
United States District Court Judge